TO BE PUBLISHED

# Supreme Court of Kentucky

## 2015-SC-000267-KB

INQUIRY COMMISSION                                         MOVANT

V.                         IN SUPREME COURT

JASON PAUL PRICE                                 RESPONDENT
KBA MEMBER NO. 89665

## OPINION AND ORDER

The Inquiry Commission petitions this Court to temporarily suspend Jason Paul Price, a member of the Kentucky Bar Association, pursuant to Supreme Court Rule 3.165(1)(b), which permits temporary suspension if there is probable cause to believe Price's "conduct poses a substantial threat of harm to his clients or to the public." In support of its petition, the Commission claims that Price, among other matters, was arrested for trafficking in a controlled substance. Price, whose bar roster address is 225 Main Street 1A, Williamsburg, KY 40769, has not responded to the Commission's petition.

The Commission attached the affidavit of Allen C. Trimble, Commonwealth Attorney for the 34th Judicial Circuit, to its petition. According to attorney Trimble, Angie Ballou, a probation and parole officer, reported to him that one of her supervisees, Hope Grundy, had retained Price to assist in a child custody matter. According to Ms. Grundy, Price had done nothing on her case, but he frequently sent text messages requesting more money. In one of

those messages, Price stated that he needed that additional money to bribe prosecutors and judges in furtherance of Grundy's case. After hearing this, Trimble contacted the office of Bar Counsel to report Price's alleged misconduct.

Trimble also contacted the Williamsburg Chief of Police, Wayne Bird. Chief Bird then interviewed Ms. Grundy. During the course of the interview, Ms. Grundy received a text message from Price requesting more money. In a subsequent exchange of text messages, Price agreed to accept "15 pain pills" in lieu of a payment of $500.00 in attorney fees. Police officers monitored the subsequent transaction, arrested Price, and charged him with first degree trafficking in a controlled substance.

After reviewing the petition and attorney Trimble's affidavit, we believe the Commission has supplied us with a reasonable basis to believe that Price poses a substantial threat of harm to his clients or to the public. SCR 3.165(1)(b). Consequently, the Commission's petition for temporary suspension is granted.

ACCORDINGLY, IT IS HEREBY ORDERED:

(1) Jason Paul Price is temporarily suspended from the practice of law in the Commonwealth of Kentucky, effective upon the date of entry of this order, pending further order from this Court;

(2) Disciplinary proceedings against Price may be initiated by the Inquiry Commission pursuant to SCR 3.160, unless already begun or Price resigns under terms of disbarment;

(3) Pursuant to SCR 3.165(5), Price shall, within twenty (20) days from the date of the entry of this Opinion and Order, notify in writing all clients of his inability to provide further legal services and furnish the Office of Bar Counsel with copies of all such letters;

(4) Pursuant to SCR 3.165(6), Respondent shall immediately, to the extent reasonably possible, cancel and cease any advertising activities in which he is engaged.

All sitting. All concur.

ENTERED: August 20, 2015.

_____
CHIEF JUSTICE

3